ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 04 - 145C

Plaintiff(s) or Petitioner(s)

Law Engineering and Environmental Services, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Michael A. Hordell

Firm Name: Pepper Hamilton LLP

Post Office Box:

Street Address: 600 Fourteenth Street, NW

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202-220-1232

E-mail address: hordellm@pepperlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Appeal of deemed denial of Plaintiff's Request for Equitable Adjustment and Contracting Officer's Final Decision

Government Agency Involved: H U D

**See attached Sheet for three digit code.**

Amount Claimed: $ 4,410,972

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003