ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED OVER THE COUNTER

FEB 3 2004

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>Defendant. | No. 04 - 145C<br>Judge: |

FILED
FEB - 3 2004
U.S. COURT OF FEDERAL CLAIMS

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Law Engineering and Environmental Services, Inc. ("LAW"), by its counsel, certifies the following disclosure: MACTEC Engineering and Consulting of Georgia, Inc. ("MACTEC Georgia"), f/k/a Law Engineering and Environmental Services, Inc., merged into MACTEC Engineering and Consulting, Inc. ("MEC"). MACTEC, Inc., a privately-held corporation, owns 100% of the stock in MEC, which, in turn, owns 100% of the stock in Law Companies Group, Inc., which, in turn, owned 100% of the stock in MACTEC Georgia.

Respectfully submitted,

[signature]

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for Law Engineering and Environmental Services, Inc.

Of Counsel:
Charles H. Carpenter
Laura L. Hoffman
Jennifer W. Persico

Dated: February 3, 2004

DC: #272459 v1 (5%8B01!.DOC)