# In the United States Court of Federal Claims

No. 04-145 C
(Filed: March 22, 2004)

***********************************
*
**LAW ENG'G & ENVTL. SERVS., INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On February 4, 2004, the parties were informed via a Notice of Designation from the Clerk's Office that this case has been designated as an electronic case in the court's case management/electronic case filing system (CM/ECF). In that notice, the parties were directed to "immediately obtain a CM/ECF account" and were told that the Clerk would serve paper copies of pleadings for only 30 days.

Counsel for Plaintiff, however, has not obtained a CM/ECF account. As the 30-day time period expired on March 4, 2004, the Court hereby ORDERS Plaintiff's counsel to act forthwith to be registered and trained in the CM/ECF system. The parties are advised that the Court will not accept an attorney's failure to be registered and trained as good cause for failing to file any document in this matter.

Further, Plaintiff's counsel is ORDERED to review the docket sheet in this case upon being trained in the system, as other documents have been filed since the passing of the March 4, 2004 deadline.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge