IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-145C (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for defendant's response to the complaint filed by plaintiff Law Engineering and Environmental Services, Inc. ("LEES") by an additional 45 days, to and including May 20, 2004. Defendant's response currently is due April 5, 2004. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary due to the delay experienced by defense counsel in receiving plaintiff's complaint. Although the complaint was filed on February 3, 2004, counsel for defendant was not assigned to the case, and did not receive a

copy of the complaint, until on or about March 1, 2004. As a result, counsel for defendant has not had an adequate opportunity to consult with agency personnel, and prepare defendant's response to the complaint. The requested enlargement will provide defendant sufficient time to meet with agency personnel, and prepare the Government's response to LEEW's complaint.

Accordingly, the Government respectfully requests the Court to grant this unopposed motion to enlarge the deadline for its response to the complaint by 45 days, to and including May 20, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

April 5, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 5, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger