# In the United States Court of Federal Claims

No. 04-145 C
(Filed: April 7, 2004)

**********************************
*
**LAW ENG'G & ENVTL. SERVS., INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On April 6, 2004, Defendant filed an unopposed motion for an enlargement of time to respond to Plaintiff's complaint. That motion is hereby GRANTED.

Therefore, it is ORDERED that Defendant will file its answer to Plaintiff's complaint or a memorandum of intent to file a dispositive motion pursuant to ¶ 6(a)(i) of the Standard Special Procedures Order, filed on March 4, 2004, on or before May 20, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge