IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-145C (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' submission of their joint preliminary status report ("JPSR") by an additional 14 days, to and including July 26, 2004. The JPSR currently is due July 12, 2004. This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

Consistent with the directives set forth in Appendix A to the RCFC, the parties have begun discussions regarding informal document discovery and have agreed to meet to discuss potential settlement of this action. The requested enlargement will provide the parties sufficient time to focus their resources upon completing these efforts. At the requested deadline, the parties will submit a JPSR

reflecting the status of their efforts regarding informal document discovery and settlement.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for the parties' JPSR by 14 days, to and including July 26, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

July 1, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 1, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger