# In the United States Court of Federal Claims

No. 04-145 C
(Filed: July 2, 2004)

**********************************
*
**LAW ENGINEERING AND** *
**ENVIRONMENTAL SERVICES, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

On July 1, 2004, Defendant filed an unopposed motion for a 14-day enlargement of time for the parties to file their joint preliminary status report (JPSR). In that motion, Defendant represented that the parties are discussing informal document discovery and possible settlement. Accordingly, Defendant's motion is hereby GRANTED.

Therefore, it is ORDERED that the parties will file their JPSR on or before July 26, 2004. The JPSR will address any progress in the areas of informal document discovery and settlement, in addition to including information required by Appendix A, Part III of the Rules of the United States Court of Federal Claims and ¶¶ 7-8 of this Court's Standard Special Procedures Order (SSPO), issued in this case on March 4, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge