IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-145C |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' submission of their joint preliminary status report ("JPSR") by an additional 14 days, to and including August 9, 2004. The JPSR currently is due July 26, 2004. This is defendant's second motion for this purpose. Defendant's first unopposed motion for an enlargement also requested 14 days. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

Consistent with the directives set forth in Appendix A to the RCFC and this Court's Special Procedural Order, the parties and their principals conducted a meeting on July 21, 2004 to discuss informal document discovery and potential settlement of this action. The discussions were productive, and the parties have agreed to arrange a second meeting to further discuss potential settlement, and to complete their discussions regarding the items contained in the Court's Special Order. The requested enlargement will enable the parties to focus their resources upon completing these efforts.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to enlarge the deadline for the parties' JPSR by 14 days, to and including August 9, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955
(202) 252-7988 (facsimile)

July 26, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 26, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger