**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-145C<br>(Judge Damich) |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), plaintiff Law Engineering and Environmental Services, Inc. ("LAW"), respectfully requests the Court to enlarge the deadline for the parties' submission of their joint preliminary status report ("JPSR") by an additional sixty-nine days, to and including October 12, 2004. The JPSR currently is due August 9, 2004. This is plaintiff's first motion for this purpose. Counsel for plaintiff has conferred with counsel for defendant, and is authorized to state that defendant does not oppose this motion.

Consistent with the directives set forth in Appendix A to the RCFC and this Court's Special Order dated March 4, 2004, the parties and their principals conducted a meeting on July 21, 2004 to discuss informal document discovery and potential settlement of this action. Counsel for both parties met again on August 3, 2004 to continue the discussions regarding potential settlement of this action. The discussions have been productive, and the parties have agreed to further discuss potential settlement, and to complete their discussions regarding the items contained in the Court's Special

Order. The requested enlargement will enable the parties to focus their resources upon completing these efforts.

Accordingly, plaintiff respectfully requests the Court to grant this unopposed motion to enlarge the deadline for the parties' JPSR by sixty nine days, to and including October 12, 2004.

Respectfully submitted,

/s/ Michael A. Hordell
MICHAEL A. HORDELL
Pepper Hamilton LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for Law Engineering and
Environmental Services, Inc.

Of Counsel:
Charles H. Carpenter
Laura L. Hoffman
Jennifer W. Persico

Dated: August 6, 2004