# In the United States Court of Federal Claims

No. 04-145 C
(Filed: October 8, 2004)

```
***********************************
                                  *
LAW ENGINEERING AND               *
ENVIRONMENTAL SERVICES, INC.      *
                                  *
              Plaintiff,          *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
***********************************
```

**ORDER**

On October 8, 2004, Plaintiff filed an unopposed motion for an enlargement of time for the parties to file their joint preliminary status report (JPSR). That motion was Plaintiff's second motion for that purpose. The motion is hereby DENIED.

Therefore, it is ORDERED that the parties will file their JPSR according to the Court's August 8, 2004 Order (on or before **October 12, 2004**).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge