# In the United States Court of Federal Claims

No. 04-145 C
(Filed: October 13, 2004)

| | |
|---|---|
| ****************************** | |
| | * |
| **LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************** | |

## ORDER

It is hereby ORDERED that the Court will hold a preliminary status conference on **October 27, 2004**, at 10:00 am Eastern Time. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant of Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 and provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge