# In the United States Court of Federal Claims

No. 04-145 C
(Filed: November 1, 2004)

**********************************

**LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**********************************

## ORDER

As discussed at the preliminary status conference held October 27, 2004, the Court hereby ORDERS that the parties adhere to the following discovery schedule:

1. Fact discovery will close on **March 31, 2005**.

2. The parties shall file a joint status report regarding fact discovery and progress toward settlement on **April 8, 2005**.

3. The Court will hold a status conference on **April 15, 2005**, at 10:00 am ET. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached. The purpose of this conference will be to discuss any discovery issues and to update the Court on the parties' progress.

4. Plaintiff's expert reports shall be served on or before **May 2, 2005**, and Defendant's shall be served on or before **May 31, 2005**. These reports shall comply with the requirements of Rule 26(a)(2) of the Rules of the United

States Court of Federal Claims (RCFC).

5. All discovery, including that of expert witnesses, will close on **July 1, 2005**. Discovery will be limited by the Rules of the Court. For example, the parties shall be limited to ten depositions and twenty-five interrogatories. *See* RCFC 30(a)(2)(A), 33(a).

6. The parties shall file a post-discovery joint status report discussing discovery and progress toward settlement on or before **July 11, 2005**.

7. A post-discovery status conference will be held on **July 19, 2005**, at 10:00 am ET. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 219-1433 to provide the number where he or she can be reached. The purpose of this status conference will be to discuss whether dispositive motions will be filed and to set a schedule for pretrial preparations.

IT IS SO ORDERED.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge