# In the United States Court of Federal Claims

No. 04-145 C
(Filed: January 14, 2005)

| | |
|---|---|
| ********************************** | |
| | * |
| **LAW ENGINEERING AND** | * |
| **ENVIRONMENTAL SERVICES, INC.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

It is hereby ORDERED that the post-discovery status report that was originally due on July 11, 2005, shall now be filed and sent to Chambers via facsimile transmission at (202) 357-6490 on or before **July 8, 2005**. Furthermore, the post-discovery status conference originally scheduled for July 19, 2005, at 10:00 am Eastern Time is hereby rescheduled for **July 15, 2005** at 10:00 am Eastern Time. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached. The purpose of this status conference will be to discuss whether dispositive motions will be filed and to set a schedule for pretrial preparations.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge