# In the United States Court of Federal Claims

No. 04-145 C
(Filed: February 24, 2005)

| | |
|---|---|
| ************************************ | |
| | * |
| **LAW ENGINEERING AND** | * |
| **ENVIRONMENTAL SERVICES, INC.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

It is hereby ORDERED that the status report that was originally due on April 8, 2005, shall now be filed and sent to Chambers via facsimile transmission at (202) 357-6490 on or before **April 6, 2005**, and the post-discovery status report that was previously due on July 8, 2005, shall now be filed and sent to Chambers via facsimile transmission on or before **July 7, 2005**. Furthermore, the status conference originally scheduled for April 15, 2005, at 10:00 am Eastern Time is hereby rescheduled for **April 13, 2005** at 10:00 am Eastern Time, and the post-discovery status conference previously scheduled for July 15, 2005, at 10:00 am Eastern Time is hereby rescheduled for **July 12, 2005** at 10:00 am Eastern Time.

All parties shall appear by telephone for both status conferences, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before each conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge