IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-145C (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge by 90 days each of the discovery deadlines established by the Court's order dated November 1, 2004 (as amended by the Court's orders dated January 14, 2005 and February 24, 2005). This is defendant's first motion for this purpose. Counsel for defendant has conferred with counsel for plaintiff, and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary for two reasons. First, the parties have reached an agreement in principle to resolve this case in its entirety. The relief sought in this motion will allow defendant sufficient time to seek from the designated representative for the Department of Justice the requisite authority to accept the proposed settlement.

This motion also is necessary because counsel for defendant has been, and will be, occupied with the following activities in other cases before this Court: (1) depositions, document production and discovery responses in SPW Engineering Group, Inc. v. United States, No. 04-794145 (Fed. Cl.); (2) settlement negotiations and agreement in Metric Constructors, Inc. v. United States, No. 98-788 (Fed. Cl.); (3) depositions, document production and discovery responses in Columbia Manufacturing, Inc. v. United States, No. 02-1221 (Fed. Cl.); (4) answer and counterclaim in LaBarge, Inc. v. United States, No. 05-1 (Fed. Cl.); (5) document production and discovery responses in Gregg, et al. v. United States, No. 04-425; and (6) document production and discovery responses in Filosa, et al. v. United States, No. 04-710 (Fed. Cl.).

In addition, counsel is scheduled to begin bid protest duty during the two-week period from March 21 to April 1, 2005. During this time, counsel for defendant will be required to be available for bid protest proceedings involving requests for injunctive relief.

Further, counsel for defendant has the following deadlines with the United States Court of Appeals for the Federal Circuit: (1) formal brief due April 1, 2005 in Gettler v. Nicholson, No. 05-7074; (2) oral argument scheduled for April 5, 2005 in Lewis v. Dept. of Defense, No. 04-3229; (3) oral argument scheduled for

April 5, 2005 in Chambers v. United States, No. 04-5134; and (4) formal brief due April 10, 2005 in Jones v. Nicholson, No. 05-7082.

The current discovery schedule in this case is as follows:[1]

| | |
|---|---|
| March 31, 2005 | Close of Fact Discovery |
| April 6, 2005 | Joint Status Report |
| April 13, 2005 | Status Conference |
| May 2, 2005 | Plaintiff's expert report(s) |
| May 31, 2005 | Defendants expert reports(s) |
| July 1, 2005 | Close of all discovery |
| July 7, 2005 | Joint Status Report |
| July 12, 2005 | Status Conference |

The requested 90-day enlargement should provide the Government sufficient time to seek the requisite authority for the proposed settlement. In addition, if the settlement is approved, the requested enlargement should provide the parties sufficient time to prepare an appropriate settlement agreement and execute a stipulation of dismissal. Accordingly, defendant requests the Court to

[1] In compliance with this schedule, the Government, as of this filing, has provided responses to plaintiff's discovery requests, including document production requests and requests for admission.

grant this unopposed motion to enlarge the discovery deadlines by 90 days and adopt the following proposed schedule:

| | |
|---|---|
| June 29, 2005 | Close of Fact Discovery |
| July 5, 2005 | Joint Status Report |
| July 12, 2005 | Status Conference |
| July 31, 2005 | Plaintiff's expert report(s) |
| August 29, 2005 | Defendants expert reports(s) |
| September 29, 2005 | Close of all discovery |
| October 5, 2005 | Joint Status Report |
| October 10, 2005 | Status Conference |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 9, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 9, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger