# In the United States Court of Federal Claims

No. 04-145 C
(Filed: March 11, 2005)

************************************
*
**LAW ENGINEERING AND** *
**ENVIRONMENTAL SERVICES, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On March 9, 2005, Defendant filed its Unopposed Motion for Enlargement of Time, citing as its main reason that the parties have reached an "agreement in principle to resolve this case in its entirety." Defendant believes that, if given an extension of 90 days for each of the parties' discovery deadlines, it can attain approval for the settlement from the requisite Department of Justice officials. Therefore, the Court hereby GRANTS Defendant's motion and ORDERS that the discovery schedule set forth in the Court's orders dated November 1, 2004, January 14, 2005, and February 24, 2005, be replaced by the following discovery schedule:

1. Fact discovery will close on **June 29, 2005**.

2. Plaintiff's expert reports shall be served on or before **July 31, 2005**, and Defendant's shall be served on or before **August 29, 2005**. These reports shall comply with the requirements of Rule 26(a)(2) of the Rules of the United States Court of Federal Claims (RCFC).

3. All discovery, including that of expert witnesses, will close on **September 29, 2005**. Discovery will be limited by the Rules of the Court. For example, the parties shall be limited to ten depositions and twenty-five interrogatories. *See* RCFC 30(a)(2)(A), 33(a).

4. The parties shall file a post-discovery joint status report on or before **October 5, 2005**, in preparation for the post-discovery status conference per RCFC Appendix A, ¶ 11.

5. A post-discovery status conference will be held on **October 11, 2005**, at 10:00 am ET. All parties shall appear by telephone. The status conference will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

IT IS SO ORDERED.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge