IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-145C<br>(Judge Damich) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Court of Federal Claims Rules and the settlement agreement executed by the parties on April 21 and April 29, 2005, the parties jointly stipulate to the dismissal of this action with prejudice, as specified in the parties' settlement agreement, with each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Michael A. Hordell

MICHAEL A. HORDELL
Pepper Hamilton, LLP
600 Fourteenth Street, NW
Washington, D.C. 20005
(202) 220-1200

Attorney of Record for
LAW ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

DATED: June 3, 2005

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

Authorized Representative
Of the Attorney General

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7955

Attorneys for Defendant

DATED: June 3, 2005

CERTIFICATE OF FILING

I hereby certify that on June 3, 2005, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger